REGINA SCHAFER, as Administratrix of the Estate of HENRY J. SCHAFER, Deceased, Appellant, v. NORWOOD EQUIPMENT CORP., Respondent —

No opinion. Present — Nolan, P. J., Johnston, Adel, Sneed and MacCrate, JJ.

PHILIP SINGER, Respondent, v. DEES HOLDING CORP. et al., Appellants.—

No opinion. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ.